1  Michael J.F. Smith, #109426
   John L. Migliazzo, # 272066
2  **Michael J.F. Smith, A Professional Corporation**
   1391 West Shaw Avenue, Suite D
3  Fresno, California 93711
   (559) 229-3900
4  Fax (559) 229-3903

5  Attorneys for Defendants,
6      Richard Tate; Tate Music Group; and Tate Publishing & Enterprises, LLC

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11

12 | TERRI HAYNES ROACH, | Case No. 1:15-CV-00917-SAB |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO VACATE THE MANDATORY SCHEDULING CONFERENCE** |
| TATE PUBLISHING & ENTERPRISES, LLC, an Oklahoma limited liability company; TATE MUSIC GROUP; RICHARD TATE, an individual; and DOES 1-10; | |
| Defendant. | |

                              **RECITALS**

    Shortly after this action was filed, this Court scheduled a mandatory scheduling conference to be held October 27, 2015. On August 28, 2015, this Court granted Defendants' Motion to Compel Arbitration and granted a stay of the proceedings pending the outcome of arbitration. Therefore, the need for the mandatory scheduling conference is now moot.

1 | IT IS HEREBY STIPULATED by and between the parties and their attorneys of record that the
2 | mandatory scheduling conference currently scheduled for October 27, 2015 is vacated.

**MICHAEL J. F. SMITH, APC**

DATED: October 5, 2015

/s/ John L. Migliazzo
John L. Migliazzo, Esq.

**LAW OFFICE OF SAM SALHAB**

DATED: October 5, 2015

/s/ Sam Salhab
Sam Salhab, Esq.

**IT IS SO ORDERED.** The mandatory scheduling conference, currently scheduled for October 27, 2015, is hereby VACATED.

IT IS SO ORDERED.

Dated:   **October 6, 2015**

_____
UNITED STATES MAGISTRATE JUDGE