# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI HAYNES ROACH,<br><br>              Plaintiff,<br><br>        v.<br><br>TATE PUBLISHING & ENTERPRISES, LLC, et al.,<br><br>              Defendants. | Case No.  1:15-cv-00917-SAB<br><br>ORDER REQUIRING PARTIES TO FILE STATUS REPORTS<br><br>(ECF No. 27) |

This action was stayed on August 28, 2015 for the parties to participate in arbitration and the parties were required to file a status report on or before February 29, 2016.  (ECF No. 24.)  On February 23, 2016, a status report was filed.  (ECF No. 27.)  The parties shall continue to file a status report every ninety days until the stay in this action is lifted.

IT IS SO ORDERED.

Dated:   **February 24, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1