# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI HAYNES ROACH, <br><br> Plaintiff, <br><br> v. <br><br> TATE PUBLISHING & ENTERPRISES, LLC, et al., <br><br> Defendants. | Case No. 1:15-cv-00917-SAB <br><br> ORDER DIRECTING PARTIES TO FILE STATUS REPORT <br><br> FIVE DAY DEADLINE |

This action is currently stayed while the parties participate in arbitration and are required to file a status report every ninety days. (ECF No. 28.) The last status report was filed on February 23, 2016. (ECF No. 27.) More than ninety days have passed and the parties' status report has not been filed.

Accordingly, IT IS HEREBY ORDERED that the parties shall filed a status report within five (5) days from the date of entry of this order. The parties are advised that any further failure to file status reports in compliance with this Court's order may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **May 27, 2016**

UNITED STATES MAGISTRATE JUDGE

1