# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI HAYNES ROACH,<br><br>    Plaintiff,<br><br>    v.<br><br>TATE PUBLISHING & ENTERPRISES, LLC, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00917-SAB<br><br>ORDER RE STATUS REPORT<br><br>(ECF No. 30) |

This action is stayed while the parties participate in arbitration.  On February 24, 2016, an order issued requiring the parties to file a status report every ninety days.  On May 31, 2016, Plaintiff filed a status report and requested that the next status report be due on September 30, 2016.  Pursuant to the February 24, 2016, the parties shall file a status report every ninety days.  Accordingly, the parties shall file the next status report on September 1, 2016, and every ninety days thereafter until the stay in this action is lifted.

IT IS SO ORDERED.

Dated:   **June 1, 2016**

UNITED STATES MAGISTRATE JUDGE

1