# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI HAYNES ROACH, | Case No. 1:15-cv-00917-SAB |
| Plaintiff, | ORDER RE STATUS REPORT |
| v. | (ECF No. 32) |
| TATE PUBLISHING & ENTERPRISES, LLC, et al., | |
| Defendants. | |

This action is stayed while the parties participate in arbitration. On February 24, 2016, an order issued requiring the parties to file a status report every ninety days. (ECF No. 28.) On May 27, 2016, an order issued directing the parties to file a status report because ninety days had passed and the parties' status report had not been filed. (ECF No. 29.) On May 31, 2016, the parties filed a status report. (ECF No. 30.) On June 1, 2016, an order issued requiring the parties to file a status report on September 1, 2016. (ECF No. 31.)

However, the status report was not filed until September 6, 2016, and no party sought an extension of time. The parties are advised that any further failures to file status reports in compliance with the Court's orders may result in the issuance of sanctions. The Court's deadlines are not mere suggestions. In the September 6, 2016 status report, Plaintiff requested that the next status report be due on December 1, 2016. Accordingly, the parties shall file the

1

1  next status report no later than December 1, 2016, and every ninety days thereafter until the stay
2  in this action is lifted.

IT IS SO ORDERED.

Dated: **September 6, 2016**

_____
UNITED STATES MAGISTRATE JUDGE