# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI HAYNES ROACH,<br><br>           Plaintiff,<br><br>     v.<br><br>TATE PUBLISHING & ENTERPRISES, LLC, et al.,<br><br>           Defendants. | Case No.  1:15-cv-00917-SAB<br><br>AMENDED ORDER RE STATUS REPORT<br><br>(ECF No. 32) |

This action is stayed while the parties participate in arbitration.  On September 6, 2016, the Court issued an order requiring the parties to file the next status report no later than December 1, 2016, and every ninety days thereafter until the stay in this action is lifted.  On November 16, 2016, at 1:30 p.m., at the request of the parties, the Court held a telephonic status conference regarding the stay of this case.  Samer Salhab appeared on behalf of Plaintiff and John Migliazzo appeared on behalf of Defendants.

Accordingly, the order issued September 6, 2016, is amended at 1:28-2:2 as follows: Accordingly, the parties shall file the next status report no later than December 15, 2016, and every ninety days thereafter until the stay in this action is lifted.

IT IS SO ORDERED.

Dated:   **November 17, 2016**

UNITED STATES MAGISTRATE JUDGE

1