# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI HAYNES ROACH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TATE PUBLISHING & ENTERPRISES, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00917-SAB<br><br>ORDER SETTING STATUS CONFERENCE FOR JANUARY 9, 2017<br><br>(ECF No. 37) |

　　　　On December 15, 2016, Plaintiff filed a status report indicating that she has been informed that Defendants have still failed to pay their arbitration dues. (ECF No. 37.) The Federal Arbitration Act provides that an action may be stayed for the parties to arbitrate in a suit that is referable to arbitration under an arbitration agreement "providing the applicant for the stay is not in default in proceeding with such arbitration." 9 U.S.C. § 3.

　　　　On November 16, 2016, a telephonic conference was held at which the Court addressed the issue of Defendants' failure to pay arbitration dues. Based upon the status report filed on December 15, 2016, Defendants have failed to resolve the issue. The parties shall be required to appear for a status conference to address the status of arbitration and whether the stay of this action should be lifted. A parry may appear telephonically for the hearing by contacting Courtroom Deputy Mamie Hernandez at (559) 499-5672 to obtain the teleconference number

1 and teleconference code prior to the hearing.

2     Accordingly, IT IS HEREBY ORDERED that the parties shall appear for a status
3 conference on January 9, 2017 at 2:30 p.m. in Courtroom 9.

5 IT IS SO ORDERED.

6 Dated: __**December 16, 2016**__           _____
                                                      UNITED STATES MAGISTRATE JUDGE