IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| TERRI HAYNES ROACH,<br><br>Plaintiff,<br><br>v.<br><br>TATE PUBLISHING & ENTERPRISES, LLC an Oklahoma limited liability company; TATE MUSIC GROUP; RICHARD TATE, an individual; and DOES 1-10,<br><br> Defendants. | CASE NO. 1:15-CV-00917-SAB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE TO JANUARY 12, 2017; ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the Status Conference be continued from Monday, January 9, 2017 at 1:30 p.m. to Thursday, January 12, 2017, at 10:00 a.m.  At the Status Conference, the parties will address the scheduling, if any, of any motions that the Court may hear with respect to the arbitration taking place in this matter.  The Arbitration is currently in abeyance.

The parties base this stipulation on good cause, in that both attorneys of record are not available on the new time set by the Court for the Status Conference.  Both counsel may appear personally, or telephonically.

DATED:  January 6, 2017                                      /s/ Samer A. Salhab
                                                                                   _____
                                                                                   PLAINTIFF'S COUNSEL

-1-

**O R D E R**

Counsel having stipulated, **IT IS SO ORDERED** that the Status Conference be continued from Monday, January 9, 2017 at 1:30 p.m. to Thursday, January 12, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 6, 2017**

UNITED STATES MAGISTRATE JUDGE