# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI HAYNES ROACH, | Case No.  1:15-cv-00917-SAB |
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| TATE PUBLISHING & ENTERPRISES, LLC, et al., | |
| Defendants. | |

On January 12, 2017, the Court conducted a status conference in this action during which the parties indicated that motions were to be filed to address the defendants' failure to comply with the arbitration provision of their agreement and defense counsel's intention to file a motion to withdraw as counsel for defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file their respective motions on or before February 22, 2017;
2. Oppositions to the motion shall be filed on or before March 8, 2017;
3. A reply, if any, shall be filed on or before March 15, 2017;
4. Oral argument on any motion filed shall be heard on March 22, 2017 at 10:00 a.m. in Courtroom 9.
5. If no motions are filed, the Court shall convert the March 22, 2017 hearing to a

status conference and the parties shall file a joint status report seven days prior to the scheduled date.

IT IS SO ORDERED.

Dated:   **January 12, 2017**

UNITED STATES MAGISTRATE JUDGE