# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI HAYNES ROACH,<br><br>    Plaintiff,<br><br>    v.<br><br>TATE PUBLISHING & ENTERPRISES, LLC, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00917-SAB<br><br>ORDER VACATING MARCH 22, 2017 HEARING ON PLAINTIFF'S MOTION TO LIFT THE STAY AND TAKING MATTER UNDER SUBMISSION<br><br>ORDER CONTINUING HEARING ON DEFENSE COUNSEL'S MOTION TO WITHDRAW AS COUNSEL TO APRIL 19, 2017 |

Plaintiff Terri Haynes Roach filed a motion to lift the stay in this action, which is set for hearing on March 22, 2017, at 10:00 a.m. in Courtroom 9. Pursuant to the Court's January 12, 2017 order, Defendants Tate Publishing & Enterprises, LLC, Tate Music Group, and Richard Tate's opposition to the motion to lift the stay was due on March 8, 2017. (ECF No. 42.) Defendants did not file a timely opposition to the motion. The Local Rule provides that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument. L.R. 230(c). Accordingly, the hearing on the motion to lift the stay is vacated. The motion is deemed submitted.

Defendants' counsel filed a motion to withdraw as counsel, which is set for hearing on March 22, 2017, at 10:00 a.m. in Courtroom 9. On March 9, 2017, the Court issued an order requiring Defendant Richard Tate and representatives for Defendants Tate Publishing & Enterprises, LLC, and Tate Music Group to appear for the March 22, 2017 hearing. The Court

also required Defendants' counsel to personally serve a copy of the March 9, 2017 order on Defendants Richard Tate, Tate Publishing & Enterprises, LLC, and Tate Music Group.  On March 15, 2017, Defendants' counsel filed a supplemental declaration which included a request for additional time in the event Defendants do not appear at the March 22, 2017 hearing so that counsel can reach out to Defendant Richard Tate.  Therefore, the Court continues the hearing on the motion to withdraw as counsel to April 19, 2017, at 10:00 a.m. in Courtroom 9.

The other provisions of the March 9, 2017 order apply to the April 19, 2017 hearing.  It is necessary to have Defendant Richard Tate and representatives for Defendants Tate Publishing & Enterprises, LLC, and Tate Music Group personally appear at the April 19, 2017 hearing. However, Defendant Richard Tate and representatives for Defendant Tate Publishing & Enterprises, LLC, and/or Defendant Tate Music Group may request to appear by video or telephonically.  Any request to appear by video or telephonically should be made to the Court by and through Defendants' counsel.  Defendants' counsel shall be required to personally serve all Defendants with a copy of this order and the March 9, 2017 order.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiff's motion to lift the stay set for March 22, 2017, is VACATED and the parties will not be required to appear at that time;

2. The hearing on Defendants' counsel's motion to withdraw as counsel is CONTINUED to April 19, 2017, at 10:00 a.m., in Courtroom 9;

3. Defendant Richard Tate and representatives for Defendants Tate Publishing & Enterprises, LLC, and Tate Music Group, SHALL APPEAR **at the Robert Coyle Federal Courthouse, 2500 Tulare Street, Fresno, CA on April 19, 2017, at 10:00 a.m. in Courtroom 9**;

4. Personal appearance is required by Defendant Richard Tate and representatives for Defendants Tate Publishing & Enterprises, LLC, and Tate Music Group, unless the Court grants their request by and through their counsel to appear by video or telephonically;

5. Defendants' counsel shall personally serve a copy of this order and the March 9,

2017 order on Defendants Richard Tate, Tate Publishing & Enterprises, LLC, and Tate Music Group, and file proof of service on or before April 12, 2017; and

6. Defendants are forewarned that failure to appear at the April 19, 2017 hearing in compliance with this order may result in the issuance of sanctions, up to and including entry of default.

IT IS SO ORDERED.

Dated: **March 15, 2017**

UNITED STATES MAGISTRATE JUDGE