# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI HAYNES ROACH,<br><br>    Plaintiff,<br><br>    v.<br><br>TATE PUBLISHING & ENTERPRISES, LLC, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00917-SAB<br><br>ORDER REQUIRING DEFENDANTS' COUNSEL TO FILE PROOF OF SERVICE OR A STATUS REPORT<br><br>**DEADLINE: APRIL 17, 2017 AT 5:00 P.M.** |

Defendants' counsel filed a motion to withdraw as counsel and set the motion for hearing on March 22, 2017. On March 9, 2017, the Court issued an order requiring Defendant Richard Tate and representatives for Defendants Tate Publishing & Enterprises, LLC, and Tate Music Group to appear for the March 22, 2017 hearing. The Court also required Defendants' counsel to personally serve a copy of the March 9, 2017 order on Defendants Richard Tate, Tate Publishing & Enterprises, LLC, and Tate Music Group. On March 15, 2017, Defendants' counsel filed a supplemental declaration which included a request for additional time in the event Defendants do not appear at the March 22, 2017 hearing so that counsel can reach out to Defendant Richard Tate.

On March 16, 2017, the Court continued the hearing on the motion to withdraw as counsel to April 19, 2017, at 10:00 a.m. in Courtroom 9. The Court stated that the other provisions of the March 9, 2017 order would apply to the April 19, 2017 hearing. The Court

1

found it necessary to have Defendant Richard Tate and representatives for Defendants Tate Publishing & Enterprises, LLC, and Tate Music Group personally appear at the April 19, 2017 hearing. However, the Court stated that Defendant Richard Tate and representatives for Defendant Tate Publishing & Enterprises, LLC, and/or Defendant Tate Music Group could request to appear by video or telephonically with the request coming from Defendants' counsel. The Court also required Defendants' counsel to personally serve all Defendants with a copy of the March 16, 2017 order and the March 9, 2017 order and file proof of service on or before April 12, 2017.

However, Defendants' counsel has not filed the file proof of service in compliance with the Court's March 16, 2017 order.

Based on the foregoing, IT IS HEREBY ORDERED that Defendants' counsel shall file proof of service in compliance with the Court's March 16, 2017 order or a status report by **5:00 p.m. on April 17, 2017.**

IT IS SO ORDERED.

Dated: **April 14, 2017**

_____
UNITED STATES MAGISTRATE JUDGE