# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI HAYNES ROACH,<br><br>        Plaintiff,<br><br>    v.<br><br>TATE PUBLISHING & ENTERPRISES, LLC, et al.,<br><br>        Defendants. | Case No. 1:15-cv-00917-SAB<br><br>ORDER ADDRESSING STATUS REPORT<br><br>(ECF No. 62) |

       Plaintiff filed this action on June 15, 2015, against Defendants Tate Publishing & Enterprises, LLC; Tate Music Group; and Richard Tate alleging copyright infringement. (ECF No. 1.) On August 28, 2015, an order issued granting Defendants' motion to compel arbitration and this action was stayed. (ECF No. 24.) The parties were thereafter ordered to file a status report every ninety days until the stay of the action was lifted. (ECF No. 28.) After Defendants' failed to comply with the arbitration requirements, the stay in this action was lifted. (ECF No. 51.)

       On April 19, 2017, defense counsel's motion to withdraw as counsel of record was granted; and Defendants' were ordered to obtain new counsel for the entity defendants and file a responsive pleading by May 22, 2017. (ECF No. 58.) After Defendants failed to file an answer in compliance with the April 19, 2017 order, an order issued requiring Plaintiff to either show cause why this

1

| | |
|---|---|
| 1 | action should not be dismissed for failure to prosecute or file a request for entry of default. (ECF |
| 2 | No. 59.) |
| 3 | On June 9, 2017, Plaintiff filed a request for entry of default as to Richard Tate and Tate |
| 4 | Publishing & Enterprises, LLC. (ECF No. 62.) On June 12, 2017, the Clerk entered default |
| 5 | against Defendants Richard Tate and Tate Publishing & Enterprises, LLC. (ECF No. 61.) On |
| 6 | June 13, 2017, Plaintiff filed a status report. (ECF No. 62.) |

As the stay of this action has been lifted, Plaintiff is no longer required to file status reports. In the current status report, Plaintiff indicates that she is working on a motion for default judgement. The Court notes that, although this action was brought against Defendant Tate Music Group, the request for entry of default did not address Defendant Tate Music Group. Plaintiff is advised that she will be required to address Defendant Tate Music Group prior to entry of judgment in this action.

IT IS SO ORDERED.

Dated: **June 14, 2017**

UNITED STATES MAGISTRATE JUDGE