# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI HAYNES ROACH,<br><br>    Plaintiff,<br><br>    v.<br><br>TATE PUBLISHING & ENTERPRISES, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00917-SAB<br><br>ORDER AMENDING ORDER GRANTING PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS DUE TO CLERICAL ERROR<br><br>(ECF No. 71) |

On November 3, 2017, an order issued granting Plaintiff's application for default judgment against Defendants. (ECF No. 71.) Due to a clerical error, the order incorrectly stated the name of the attorney who appeared for Plaintiff at the November 1, 2017 hearing.

Accordingly, IT IS HEREBY ORDERED that the order granting Plaintiff's application for entry of default judgment against Defendants, filed November 3, 2017, is amended at 1:20-21 to state ". . . Samer Salhab appeared telephonically for Plaintiff . . ."

IT IS SO ORDERED.

Dated: **November 3, 2017**

UNITED STATES MAGISTRATE JUDGE

1